IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD ALDERFER, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CLEMENS MARKETS, INC., | : | |
| RETIREMENT SAVINGS AND | : | |
| PROFIT SHARING PLAN 003, et al., | : | No. 10-4423 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **23rd** day of **December, 2010**, upon consideration of Defendants' Motion Dismiss Complaint, Plaintiff's opposition thereto, Defendants' reply thereon, and for the reasons stated in this Court's Memorandum of December 23, 2010, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss (Document No. 8) is **GRANTED** with respect to Plaintiff's claims against Defendant Clemens Markets Inc. Retirement Savings and Profit Sharing Plan 003.

2. Defendants' Motion is also **GRANTED** with respect to Count II of Plaintiff's Complaint.

3. Defendants' Motion is otherwise **DENIED**.

4. Defendants shall file an answer within fourteen (14) days of the date of this Order in accordance with Federal Rule of Civil Procedure 12(a)(4).

BY THE COURT:

/s/ Berle M. Schiller
Berle M. Schiller, J.